**UNITED STATES DISTRICT COURT**                                          JS-6
**CENTRAL DISTRICT OF CALIFORNIA**

### CIVIL MINUTES -- GENERAL

Case No.    **CV 23-1204-JFW(SHK)**                        Date: November 30, 2023

Title:        Warren Webster Alston -v- WinCo Foods Corporation, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFF:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                          None

**PROCEEDINGS (IN CHAMBERS):**          **ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE**

       All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee.  28 U.S.C. § 1914(a).  An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed in forma pauperis under 28 U.S.C.          § 1915(a)(1).

       Plaintiff Warren Webster Alston filed a civil complaint with an accompanying request to proceed *in forma pauperis* ("IFP Request").  (Docket Nos. 1, 2).  The Court found he had the ability to pay the filing fee and therefore denied the IFP Request.  (Docket No. 8).  The Court directed him to pay the fee and warned that the case would be dismissed without prejudice if he did not comply in 30 days.  (*Id.*).

       Instead of paying the fee, Plaintiff filed a request for clarification of the Court's order denying IFP status.  (Docket No. 9).  On October 16, 2023, the Court construed the filing as a motion for reconsideration and denied it.  (Docket No. 10).  The Court again directed Plaintiff to pay the fee and again warned that the case would be dismissed without prejudice if he did not comply in 30 days.  (*Id.*).

       To date Plaintiff has not paid the filing fee or otherwise responded to the Court's last order requiring him to do so.  Accordingly, this action is **DISMISSED** without prejudice.  *See, e.g., Roberts v. Soc. Sec. Dep't*, 2022 WL 4088755, at *2 (S.D. Cal. Sept. 6, 2022).

       **IT IS SO ORDERED.**

Initials of Deputy Clerk __sr_